IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Blair and Shirley Makinney, | : | Case No. 12-41093 |
| | : | Chapter 13 |
| | : | Hon. Judge Pamela S. Hollis |
| | : | |
| Debtors | : | |
| | : | |
| | : | |

## FINAL CORRECTED NOTICE OF MOTION

To:   See attached Service List

**PLEASE TAKE NOTICE** that on **November 14, 2012**, at 9:30 **a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and then and there present **Beverly Bank & Trust Company's Motion for Relief from Automatic Stay**, a copy of which, along with the **Proposed Order**, is attached hereto and served herewith.

BEVERLY BANK & TRUST COMPANY, N.A.

By:   /s/ Wade R. Joyner
One of Its Attorneys

Wade R. Joyner (ARDC#6199407)
Attorney for Beverly Bank & Trust Company
LORENZINI & ASSOCIATES, LTD.
1900 Spring Rd., Suite 501
Oak Brook, IL 60523
(630) 684-0400
Fax: (630) 684-0410
eaf@lorenzinilaw.com

1

## CERTIFICATE OF SERVICE

I, Wade R. Joyner, an attorney, hereby certify that I caused the foregoing **Notice of Motion**, together with copies of **Beverly Bank & Trust Company's Motion for Relief from Automatic Stay** and **Proposed Order** referred to therein, to be served to on the persons listed on the attached Service List by electronic notice through ECF, and to the Debtor by depositing the same in the U.S. Mail at 1900 Spring Rd. Oak Brook, IL 60523 at or before the hour of 5:00 p.m. on November 2, 2012, with First Class postage prepaid.

/s/ Wade R. Joyner

Wade R. Joyner (ARDC#6199407)
Attorney for Beverly Bank & Trust Company
LORENZINI & ASSOCIATES, LTD.
1900 Spring Rd., Suite 501
Oak Brook, IL 60523
(630) 684-0400
Fax: (630) 684-0410
wj@lorenzinilaw.com

## SERVICE LIST

**Served Via Electronic Notice through ECF:**

Chad M. Hayward
343 West Erie St, Ste 230
Chicago, IL 60654
ch@haywardlawoffices.com
*Attorney for Debtor*

Marilyn Marshall
224 S. Michigan Avenue, Ste 800
Chicago, IL 60604-2500
*Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **Chad M. Hayward**<br>The Law Offices of Chad M. Hayward, P.C.<br>343 W. Erie<br>Suite 230<br>Chicago, IL 60610<br>312 867 3640<br>312 867 3647 (fax)<br>courtnotice@haywardlawoffices.com<br>*Assigned: 10/16/2012* | representing | **Blair Makinney**<br>2634 W 103rd Place<br>Chicago, IL 60655<br>*(Debtor)* |
| | | **Shirley Makinney**<br>2634 W 103rd Place<br>Chicago, IL 60655<br>*(Joint Debtor)* |
| **Annie W Lopez**<br>Freedman Anselmo Lindberg LLC<br>1807 W Diehl Rd, Ste 333<br>Naperville, IL 60566<br>(630) - 4536824<br>alopez@fal-illinois.com<br>*Assigned: 10/25/2012* | representing | **Wells Fargo Bank, N.A.**<br>*(Creditor)* |
| | representing | **Citizens Bank** |

3

**Mary Ann C. Lyons**
Zenoff & Zenoff Chartered
53 W. Jackson Blvd.
Suite 1605
Chicago, IL 60101
312 922-5685
312 922-9353 (fax)
maclyons@zenoffandzenoff.com
*Assigned: 10/22/2012*

c/o Zenoff & Zenoff Chartered
53 W. Jackson Blvd., Suite 1140
Chicago, IL 60604
*(Creditor)*

**Served Via First Class U.S. Mail**

Blair Makinney
2634 West 103rd Place
Chicago, IL 60655
*Debtor*

Shirley Makinney
2634 West 103rd Place
Chicago, IL 60655
*Debtor*